IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EDWARD WARGO,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-08023

Judge Mary M. Rowland

Magistrate Judge Laura K. McNally

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | liangleishangmao |
| 7 | hualanzhi |
| 13 | LNUEFE Curtains Store |
| 14 | Home Decor Integration Store |
| 17 | youerwo |
| 19 | MAYIJON |
| 22 | ruoheng enze |
| 25 | YooI |
| 26 | jinliangshangsmao |
| 28 | SUQUAN QUANSU |
| 33 | huanzhixi |
| 39 | xiafengwallplates |
| 41 | YAODINGHUI |
| 56 | Starchen |
| 68 | standhustle |
| 73 | duanyushangmao |
| 101 | CZ Passion |
| 112 | A Fashion discounts |
| 114 | BXH Carpet |
| 137 | XINHUIYUAN |

| | |
|---|---|
| 144 | Mi Dou Carpet |
| 147 | Ji Xiang |
| 156 | Hong yun Home Textilee |
| 158 | han ni home |
| 168 | Rongke household products |
| 170 | MAT KING |
| 174 | Home sweet carpet |
| 175 | CrossBorder Bazaar |
| 179 | Tulip Home |

DATED: August 21, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 21, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt